# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 156 MM 2019
PENNSYLVANIA DEPARTMENT OF  :
CORRECTIONS,  :
      :
          Respondent  :
      :
      :
          v.  :
      :
      :
JAMES HARDING,  :
      :
          Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2020, the Application for Leave to File Original Process is GRANTED. The "Petition for a Writ of Mandamus or Extraordinary Relief," the Application for Relief, and the "Motion for Leave to File the Enclosed Letter" are DENIED.